UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CLERK USDC EDWI
FILED

2026 JUL -7 P 12: 21

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID M. JARZYNKA,

    Defendant.

**26 - CR - 153**

Case No. 26-CR-

[18 U.S.C. §§ 2252(a)(2),
2252(a)(4)(B), 2252(b)(1),
& 2252(b)(2)]

**Green Bay Division**

## INDICTMENT

### COUNT ONE
### (Receiving child pornography)

**THE GRAND JURY CHARGES THAT:**

1. Between approximately March 28, 2026, and March 30, 2026, in the State and Eastern District of Wisconsin,

**DAVID M. JARZYNKA,**

using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, including by computer, knowingly received images containing visual depictions of minors engaged in sexually explicit conduct.

2. Namely, Jarzynka knowingly received the following images, which are described by their partial file name and content: File ****3CD3.PNG depicting an adult male inserting his penis into the mouth of a pre-pubescent female; and File ****51D4.JPG depicting an adult male with his penis directly below the vaginal area of a pre-pubescent female whose legs are spread and with semen dripping from her vaginal area.

3. Further, at the time of the offense, Jarzynka had the following prior convictions under the laws of the State of Wisconsin relating to sexual abuse of a minor and possession of child pornography: second-degree sexual assault of a child, contrary to Wis. Stats. § 948.02(2), Winnebago County, Wisconsin, Case No. 2004CF249; and six counts of possession of child pornography, contrary to Wis. Stats. § 948.12(1m), Winnebago County, Wisconsin, Case No. 2014CF393.

All in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

Case 1:26-cr-00153-WCG    Filed 07/07/26    Page 2 of 4    Document 1

## COUNT TWO
### (Possession of child pornography)

**THE GRAND JURY FURTHER CHARGES THAT:**

1.   On or about April 8, 2026, in the State and Eastern District of Wisconsin,

**DAVID M. JARZYNKA**

knowingly possessed an image that contained a visual depiction of a pre-pubescent minor engaged in sexually explicit conduct, such image having been transported using a means and facility of interstate and foreign commerce, in and affecting interstate and foreign commerce, and produced using materials that had been shipped and transported in interstate and foreign commerce, including by computer.

2.   Namely, Jarzynka knowingly possessed the following image, which is described by its partial file name and content: File ****1FAF.PNG depicting an adult male inserting his penis into the vaginal and anus area of a pre-pubescent female whose legs are spread.

3.   Further, at the time of the offense, Jarzynka had the following prior convictions under the laws of the State of Wisconsin relating to sexual abuse of a minor and possession of child pornography: second-degree sexual assault of a child, contrary to Wis. Stats. § 948.02(2), Winnebago County, Wisconsin, Case No. 2004CF249; and six counts of possession of child pornography, contrary to Wis. Stats. § 948.12(1m), Winnebago County, Wisconsin, Case No. 2014CF393.

All in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

3

**FORFEITURE NOTICE**

Upon conviction of any or all of Counts One and Two of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all visual depictions described in Title 18, Sections 2252 and 2256, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Section 2252, and shall forfeit any property, real or personal, used or intended to be used to commit or promote the commission of such offenses.

A TRUE BILL:

FOREPERSON

Dated: 7/7/26

BRAD D. SCHIMEL
First Assistant United States Attorney

4